SO ORDERED.

Dated: December 16, 2014



Madeleine C. Wanslee

Madeleine C. Wanslee, Bankruptcy Judge

**Davis Miles McGuire Gardner**
320 N. Leroux Street, Suite A
Flagstaff, AZ 86001
Telephone: (928) 779-1173
Fax: (877) 715-7366
efile.dockets@davismiles.com

Pernell W. McGuire (SBN: 015909)
pmcguire@davismiles.com
Aubrey L. Thomas (SBN: 029446)
athomas@davismiles.com
*Attorneys for Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>CHRISTIAN DOWNUM,<br><br>Debtor.<br><br>SSN: xxx-xx-1995 | Case No. 3:13-bk-16930-MCWP<br><br>A Proceeding Under Chapter 13<br><br>**STIPULATED ORDER APPROVING FIRST AMENDED CHAPTER 13 PLAN AND APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES** |

The First Amended Chapter 13 Plan having been properly noticed out to creditors and all objections thereto having been settled and/or withdrawn,

**IT IS ORDERED** Confirming the First Amended Chapter 13 Plan of Debtor as follows:

1. **INCOME SUBMITTED TO THE PLAN.** Debtor shall submit the following amounts of future income to the Trustee for distribution under the Plan.

   a. <u>Future Earnings or Income.</u> Debtor shall make the following monthly Plan Payments:

   $500.00 each month for month 1 through month 11;
   $200.00 each month for month 12 through month 24;
   $1,325.00 each month for month 25 through month 60.

1

The payments are due on or before the **27TH** day of each month commencing October 27, 2013.

Debtor is advised that when payments are remitted late, additional interest may accrue on secured debts, which may result in a funding shortfall at the end of the Plan term. **Any funding shortfall must be cured before the plan can be discharged.**

Debtor shall provide, directly to the Trustee signed copies of their **federal** and **state** income tax returns for the years 2013 through 2017 within 30 days of filing said returns. The purpose is to assist the Trustee in determining any change in Debtor's annual disposable income. Debtor will turn over to the Trustee any net tax refunds for 2013, 2014, 2015, 2016, and 2017, which will be treated as supplemental Plan payments.

b. <u>Other Property.</u>

Debtor will sell certain community property, as proposed in his Motion to Approve List of Items for Sale and Method of Sale (docket #68), in accordance with the settlement agreement (docket #74), the Order approving the settlement agreement (docket #87), and the Order granting the Motion to Approve List of Items for Sale and Method of Sale (docket #88). If any terms of the settlement agreement conflict with the Order granting the Motion to Approve List of Items for Sale and Method of Sale, the Order shall control. In no event shall Debtor sell more property than necessary to pay the community claims listed under section (3)(f)(i) below, and the sale of all property shall be completed by month 36 of the plan.

In the event that other property is submitted, it shall be treated as supplemental payments. In no event will the term of the Plan be reduced to less than 60 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

2. **DURATION.** This Plan shall continue for **60 months** from the first regular monthly payment described in Paragraph 1(a) above. If at any time before the end of the Plan duration all allowed claims are paid in full, the Plan shall terminate.

3. **CLASSIFICATION AND TREATMENT OF CLAIMS.** Claims shall be classified and paid as listed below. The Plan and this Order shall not constitute an informal proof of claim for any creditor.

a. **<u>Administrative expenses.</u>**

<u>Attorney Fees.</u> Davis Miles McGuire Gardner, PLLC, shall file a separate fee application for payment of its attorneys fees incurred in this matter. Upon approval by Court Order, the Trustee shall pay the firm in accordance with that Court Order.

2

Trustee Fees. The Chapter 13 Trustee shall receive a percentage fee of the Plan payments as may be periodically fixed by the Attorney General pursuant to 28 U.S.C. § 586(e), but not to exceed ten percent (10%) of all plan payments.

b. **Claims Secured Solely by Security Interest in Real Property.**

Debtor's nonfiling spouse, Denise Downum, or Debtor will pay all post-petition mortgage payments, if any, directly to the secured creditor entitled to receive such payments.

c. **Claims Secured by Personal Property or a Combination of Real and Personal Property.**

Creditor Coconino Federal Credit Union, who has a security interest in Debtor's 2003 Subaru Outback, shall be paid the allowed claim of $4,363.41 with interest at 2.99%. This creditor shall be paid monthly adequate protection payments in the amount of $47.00 until payments begin to be made toward the allowed claim. Adequate protection payments will be applied toward the Creditor's allowed claim.

d. **Priority, Unsecured Claims.**

Unsecured Domestic Support Obligations.

Denise Downum shall be paid an unsecured priority claim in the amount of $1,183.00 with no interest.

Other Unsecured, Priority Claims.

None.

e. **Other Provisions.**

**Surrendered Property.** Debtor(s) surrender the following property to the secured creditor. Upon entry of this Order, bankruptcy stays are lifted as to the collateral to be surrendered. Any claim filed by such creditor shall receive **no** distribution until the creditor files an allowed unsecured claim or an amended proof of claim that reflects any deficiency balance remaining on the claim. ***Should the creditor fail to file an amended claim consistent with this provision, the Trustee need not make any distributions to that creditor.***

| Claimant | Property to be surrendered |
|---|---|
| None. | |

f. **Nonpriority, Unsecured Claims.** All other claims shall be classified as general nonpriority, unsecured claims. Allowed unsecured nonpriority claims shall be segregated

3

into two subclasses: community claims and sole and separate claims, as detailed below. The subclass of community claims shall be paid in full prior to any distribution to the subclass of sole and separate claims. In each subclass, claims shall be paid pro rata the balance of payments under the Plan. Any debt listed in Debtor's schedules for which a proof of claim has not been filed will be discharged upon successful completion of Debtor's Plan. The Plan and this Order shall not constitute an informal proof of claim for any creditor.

i. **Community Claims:**

| Claimant | Allowed Claim |
|---|---|
| Discover Bank | $6,494.00 |
| Compass Bank | $13,450.19 |
| Arizona State Credit Union | $442.38 |
| Bank of America | $18,490.09 |
| Bank of America | $11,428.21 |
| Capital One | $4,750.00 |

ii. **Sole and Separate Claims:**

| Claimant: | Allowed Claim |
|---|---|
| Discover Bank | $642.44 |
| Compass Bank | $179.18 |
| Ellen Seaborne | $9,442.54 |
| Capital One | $8,020.00 |

4. **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of this order. Property of the bankruptcy estate shall be determined as of the date of this Order. All property of the bankruptcy estate vests in Debtor and his nonfiling spouse, Denise Downum, herewith, except for the property identified in the First Amended Plan, specifically, the property that is subject to sale pursuant to the Motion to Approve List of Items for Sale and Method of Sale (docket #68), in accordance with the settlement agreement (docket #74) and the Order granting the Motion to Approve List of Items for Sale and Method of Sale (docket #88). The automatic stay is hereby lifted as to all property that vests in Debtor and his nonfiling spouse, Denise Downum.

5. **DISCHARGE.** Debtor shall not be entitled to receive his discharge until all allowed claims have been paid in full.

----------------------ENTERED AND DATED AS INDICATED ABOVE----------------------

4

APPROVED AS TO FORM AND CONTENT:

**CHAPTER 13 TRUSTEE**

By: _____
Edward J. Maney
Trustee

**DAVIS MILES MCGUIRE GARDNER, PLLC**

By: _____
Aubrey L. Thomas
Attorneys for Debtors

**WHITE LAW OFFICES PLLC**

By: _____
Wendy White
Attorney for Denise Downum

Debtor hereby certifies that he has filed all required State and Federal income tax returns and does not owe any domestic support obligations.

_____
Christian Downum, Debtor