Christina Harper, Esq., AZB #020485
Alex Schulz, Esq., AZB #028480
THE MORTGAGE LAW FIRM, PC
301 E. Bethany Home Road, #A-227
Phoenix, AZ 85012
Telephone: (623) 777-3828
Fax: (623) 201-4747
Christina.Harper@mtglawfirm.com
Alex.Schulz@mtglawfirm.com
Attorneys for Movant
TS #127445

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christian Eric Downum,<br><br>Debtor.<br><br>Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.,<br><br>Movant,<br><br>v.<br><br>Christian Eric Downum, Debtor, and Edward J. Maney, Trustee,<br><br>Respondents. | Case No. 3:13-bk-16930-DPC<br>Chapter 13<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Re: Real Property Located at:<br>1807 W. University Heights Drive S<br>Flagstaff, AZ 86005 |

Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. § 362(a), to permit Movant to foreclose the lien of its Deed of Trust on real property owned by the Debtor and codebtor in possession, by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

1

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

## MEMORANDUM OF POINTS AND AUTHORITIES

Christian Eric Downum ("Debtor") filed a voluntary petition for protection under Chapter 13 of the Bankruptcy Code. Edward J. Maney ("Trustee") was appointed trustee of the bankruptcy estate. On August 21, 2015, the Debtor's Chapter 13 Plan was confirmed by this Court's Amended Stipulated Order Approving First Amended Chapter 13 Plan and Application for Payment of Administrative Expenses ("SOC"). The Trustee and bankruptcy estate have an interest in certain real property located in Coconino County, more particularly described as:

> Lot 221, University Highlands Unit 4, as shown on the plat thereof, recorded in case 5, maps 41-41B, records of Coconino County, Arizona

Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. ("Movant") is the holder or servicer of a Promissory Note which is secured by a Deed of Trust dated October 23, 2003, and recorded in the Office of the Coconino County Recorder's Office on October 29, 2003, as Document No. 3232804. Debtor and Denise Elaine Shay Downum ("codebtor") signed the Note and Deed of Trust. True copies of the Note, Deed of Trust and Assignments are attached hereto as Exhibits "A", "B" and "C," respectively, and made a part hereof by this reference.

Debtor and codebtor are in default on their obligation to Movant for which the property is security, and payments are due under the Promissory Note from and after January 1, 2015. The current postpetition default amount is set forth below:

| | |
|---|---:|
| **18 Monthly Payments at $1,671.10** | **$30,079.80** |
| **(Jan. 1, 2015 – June 1, 2016)** | |
| **Attorneys' Fees*** | **$850.00** |
| **Motion for Relief Filing Fee** | **$176.00** |
| **Less Suspense** | **($17.64)** |
| **TOTAL POST-PETITION ARREARS:** | **$31,088.16** |

*To the extent Attorneys' Fees have been requested herein, the fees requested are based upon the Movant's fee schedule relating to FNMA loans. Any Attorneys' Fees requested herein have been reviewed and approved by the undersigned and are in compliance with the Bankruptcy Code and any applicable agreements and as required by the Court assigned to this matter.

Furthermore, a payment becomes due on the 1st day of every month thereafter, and a late charge becomes due on any payment not paid within fifteen (15) days from the date the monthly payment is due.

Movant is informed and believes and therefore alleges that the Debtor and estate have no equity in the Property; that the Property is not necessary to an effective reorganization in light of the amount of equity in relationship to Movant's lien and other liens remaining unpaid on the Property; and that the Property, rents, issues and profits there from are burdensome and of inconsequential value to the estate.

Additionally, in its SOC, this Court ordered that the Debtor's nonfiling spouse, Denise Downum, to pay all post-petition mortgage payments due on the Property under the Note and Deed of Trust. The loan is in postpetition default.

Further, Movant is informed and believes and therefore alleges that the Debtor and the estate are not adequately protected based upon the Debtor's and codebtor's failure to make payments on a timely basis.

Debtor and codebtor are indebted to Movant in the total amount of $227,728.80, plus accruing interest, costs and attorneys' fees.

## **CONCLUSION**

Movant requests and moves for the following:

1. That the Court enter an order vacating the automatic stay of 11 U.S.C. § 362(a) and allowing Movant to immediately enforce and implement the order for relief from the automatic stay as to the Debtor and the codebtor, the Debtor's bankruptcy estate, the property, and trustee;

2. That the Court allow Movant to foreclose the lien of its Deed of Trust under applicable state laws;

3. That the Court allow Movant, or Movant's successors in interest, to evict Debtor and codebtor and/or successors of Debtor and codebtor; and to obtain ownership, possession and control of the Property.

3

4. Movant requests that any Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert;

5. Movant requests the 14-day stay provided by bankruptcy rule 4001(a)(3) be waived.

6. Finally, Movant requests that the stay provided by 11 U.S.C. § 1301(c) to the codebtor of the Debtor's Note and Deed of Trust is lifted and relief is granted.

DATED this 8th day of June, 2016.

/s/ Alex Schulz
Christina Harper, Esq.
Alex Schulz, Esq.
THE MORTGAGE LAW FIRM, PC
301 E. Bethany Home Road, #A-227
Phoenix, AZ 85012
Attorneys for Movant

ORIGINAL e-filed by ECF
and copies mailed this 8th day of
June 2016, to:

Christian Eric Downum
Box 15200
Northern Arizona University
Flagstaff, AZ 86011-5200
*Debtor*

Denise Elaine Shay Downum
1807 W. University Heights Dr. S
Flagstaff, AZ 86005
*Codebtor*

Aubrey Laine Thomas
DAVIS MILES MCGUIRE GARDNER, PLLC
320 N. LeRoux St., Suite A
Flagstaff, AZ 86001
*Debtor's Counsel*

4

| | |
|---|---|
| 1 | Edward J. Maney |
| 2 | 101 N. First Ave., Suite 1775<br>Phoenix, AZ 85003 |
| 3 | *Trustee* |
| 4 | |
| 5 | U.S. Trustee<br>Office of the U.S. Trustee |
| 6 | 230 N. 1st Ave., Suite 204<br>Phoenix, AZ 85003 |
| 7 | |
| 8 | /s/    Janette Belmontes |

5