# EXHIBIT C

Official Records of Coconino County    3676506
Patty Hansen - Recorder   10/10/2013 10:48:05 AM  Pgs: 1
SIMPLIFILE LC E-RECORDING    DOTA        $9.00

Recording Requested By:
**Bank of America**
Prepared By: **Diana De Avila**
**800-444-4302**
When recorded mail to:
**CoreLogic**
**Mail Stop: ASGN**
**1 CoreLogic Drive**
**Westlake, TX 76262-9823**

DocID#

Property Address:
**1807 W University Heights Dr S**
**Flagstaff, AZ 86001**
AZ0M-ADT 27457818 E 10/4/2013 BK01

This space for Recorder's use

MIN #:                              MERS Phone #:    888-679-6377

## ASSIGNMENT OF DEED OF TRUST

For Value Received, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** (herein "Assignor"), whose address is **P.O. Box 2026, Flint, MI 48501-2026, AS NOMINEE FOR STERLING CAPITAL MORTGAGE COMPANY** and its successors and assigns hereby assign and transfer to **BANK OF AMERICA, N.A.** (herein "Assignee"), whose address is **C/O BAC, M/C: CA6-914-01-43, 1800 Tapo Canyon Road, Simi Valley, CA 93063**, and its successors and assigns all its right, title, and interest in and to a certain Deed Of Trust described below.

| | |
|---|---|
| Original Lender: | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR STERLING CAPITAL MORTGAGE COMPANY |
| Borrower(s): | CHRISTIAN ERIC DOWNUM AND DENISE ELAINE SHAY DOWNUM, HUSBAND AND WIFE |
| Original Trustee: | FIRST AMERICAN TITLE INSURANCE COMPANY |
| Date of Deed of Trust: **10/23/2003** | Original Loan Amount: **$258,500.00** |

Recorded in **Coconino County, AZ** on: **10/29/2003**, book N/A, page N/A and instrument number **3232804**

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., AS NOMINEE FOR STERLING
CAPITAL MORTGAGE COMPANY

By: _____
**Christopher Herrera**
**Assistant Secretary**
Date                **OCT 0 8 2013**

State of California
County of **Ventura**

On **OCT 0 8 2013** before me, **J. Mastrolonardo**, Notary Public, personally appeared **Christopher Herrera**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: _____  **J.Mastrolonardo**    (Seal)
My Commission Expires: _____  **Sept 19, 2015**

J. MASTROLONARDO
COMM. # 1952917
NOTARY PUBLIC · CALIFORNIA
VENTURA COUNTY
COMM. EXPIRES SEPT. 19, 2015

```
Official Records of Coconino County    3705354
Patty Hansen - Recorder 10/27/2014 02:31 PM Pgs: 1
CORELOGIC       DOTA        $10.00
```

Recording Requested By:
**Bank of America**
Prepared By: **Diana De Avila**
800-444-4302
When recorded mail to:
**CoreLogic**
**Mail Stop: ASGN**
**1 CoreLogic Drive**
**Westlake, TX 76262-9823**

DocID#

Property Address:
**1807 West University Heights Drive South**
**Flagstaff, AZ 86001**

AZ0-ADT  30556352   10/10/2014  SE930A

This space for Recorder's use

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned holder of a Deed of Trust (herein "Assignor") whose address is **1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063** does hereby grant, sell, assign, transfer and convey unto **FEDERAL NATIONAL MORTGAGE ASSOCIATION** whose address is **14221 DALLAS PARKWAY, STE 1000, DALLAS, TX 75254** all beneficial interest under that certain Deed of Trust described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Deed of Trust.

Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR STERLING CAPITAL MORTGAGE COMPANY, ITS SUCCESSORS AND ASSIGNS

Borrower(s): CHRISTIAN ERIC DOWNUM AND DENISE ELAINE SHAY DOWNUM, HUSBAND AND WIFE

Original Trustee: FIRST AMERICAN TITLE INSURANCE COMPANY

Date of Deed of Trust: **10/23/2003**     Original Loan Amount: **$258,500.00**

Recorded in **Coconino County, AZ** on: **10/29/2003**, book **N/A**, page **N/A** and instrument number **3232804**

Contact Federal National Mortgage Association for this instrument c/o Seterus, Inc, 14523 SW Millikan Way #200, Beaverton, OR 97005, telephone # 1-866-570-5277, which is responsible for receiving payments.

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Deed of Trust to be executed on __OCT 10 2014__

BANK OF AMERICA, N.A.

By: _____
         **Lisa Nix**
    Assistant Vice President

State of **California**
County of **Ventura**

On __OCT 10 2014__ before me, ____Marivel Castro____, Notary Public, personally appeared ____Lisa Nix____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: ____Marivel Castro____   (Seal)
My Commission Expires: Exp. June 26, 2018

MARIVEL CASTRO
COMM.# 2072736
NOTARY PUBLIC - CALIFORNIA
VENTURA COUNTY
My Comm. Expires June 26, 2018

```
Official Records of Coconino County    3710467
Patty Hansen - Recorder  12/30/2014 01:07 PM  Pgs: 1
SETERUS INC        DOTA        $10.00
```

INSTRUMENT PREPARED BY AND
WHEN RECORDED MAIL TO:
Seterus, Inc.
14523 SW Millikan Way, #200
Beaverton, OR 97005



Parcel No. 112-37-023

This area for recording office use

## Corporate Assignment of Deed of Trust

--- Contact Federal National Mortgage Association for this instrument c/o Seterus, Inc., 14523 SW Millikan Way #200, Beaverton, OR 97005, telephone # 1-866-570-5277, which is responsible for receiving payments.

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to

**Federal National Mortgage Association, a United States Corporation**

with an address of **14221 Dallas Parkway, Suite 1000, Dallas, TX 75254**

All beneficial interest under that certain Deed of Trust dated **10/23/2003** and executed by **CHRISTIAN ERIC DOWNUM and DENISE ELAINE SHAY DOWNUM, Husband and Wife**. The original lender being **Mortgage Electronic Registration Systems, Inc. as Nominee for Sterling Capital Mortgage Company**, in the original amount of **$258,500.00** and the Trustee being First American Title Insurance Company.

Recorded on **10/29/2003** as Document **3232804** of Official Records in the County Recorder's Office of **Coconino**, State of **Arizona**.

Property Address: 1807 W UNIVERSITY HEIGHTS DR S, FLAGSTAFF, AZ 860059131

Bank of America N.A., by Seterus, Inc., its Attorney in Fact



Name: Lisa Burks
Title: Loan Administration Assistant Vice President

STATE OF OR
COUNTY OF Washington

On **12/23/2014** before me, **Susan G Humphrey**, Notary Public, Personally appeared **Lisa Burks**, who is the **Loan Administration Assistant Vice President** of **Seterus, Inc**. Personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Susan G Humphrey, Notary Public

OFFICIAL SEAL
SUSAN G HUMPHREY
NOTARY PUBLIC - OREGON
COMMISSION NO. 478753
MY COMMISSION EXPIRES MARCH 21, 2017