Christina Harper, Esq., AZB #020485
Alex Schulz, Esq., AZB #028480
THE MORTGAGE LAW FIRM, PC
301 E. Bethany Home Road, #A-227
Phoenix, AZ 85012
Telephone: (623) 777-3828
Fax: (623) 201-4747
Christina.Harper@mtglawfirm.com
Alex.Schulz@mtglawfirm.com
Attorneys for Movant
TS #127445

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christian Eric Downum,<br><br>Debtor.<br><br>———<br><br>Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.,<br><br>Movant,<br><br>v.<br><br>Christian Eric Downum, Debtor, and Edward J. Maney, Trustee,<br><br>Respondents. | Case No. 3:13-bk-16930-DPC<br>Chapter 13<br><br>**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Re: Real Property Located at:<br>1807 W. Universuty Heights Dr. S<br>Flagstaff, AZ 86005 |

I, Shannon Duran, declare under penalty of perjury as follows:

I am employed by Seterus, Inc. as a BK Specialist and am authorized to sign this Declaration ("Declaration") on behalf of Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.

1

("Movant'). This Declaration is provided in support of Movant's Motion for Relief from Stay ("MFR").

I make this declaration based upon my review of the records with regard to this underlying loan transaction, which are kept in the ordinary course of business of Movant. As part of my job responsibilities for Movant, I have personal knowledge of and am familiar with the types of records maintained by Movant in connection with and related to the loan ("Loan") that is the subject of the MFR and the procedures for creating those types of records. I have access to the books, records and files of Movant that pertain to the Loan.

The information in this Declaration is taken from Movant's business records regarding the Loan. I have personal knowledge of such records and Movant's procedures for creating these types of records. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of the Movant's regularly conducted business activities; and (C) it is the regular practice of Movant to make such records.

On October 23, 2003, Christian Eric Downum and Denise Elaine Shay Downum executed and delivered that certain Promissory Note in the original principal amount of $258,500 ("Note") in favor of the original lender Sterling Capital Mortgage Company ("Lender"). A true and correct copy of the Note with all amendments, allonges, endorsements and/or assignments, is attached to the MFR as an exhibit. Movant or its custodian and/or agent is in possession of the Note as of the date hereof. Christian Eric Downum and Denise Elaine Shay Downum further executed a Deed of Trust, securing the Note. The Deed of Trust was recorded in Coconino County on October 29, 2003, as Document No. 3232804 ("DOT").

Movant is successor in interest to Lender. The DOT was assigned to Federal National Mortgage Association by that certain Assignment of Deed of Trust dated October 10, 2014, and recorded in Coconino County on October 27, 2014 as Document No. 3705354 ("Assignment"). A true and correct copy of the Assignment is attached to the MFR as an Exhibit.

| | |
|---|---|
| 1 | Seterus, Inc. is the servicing agent for Movant and is bound by the parties Servicing |
| 2 | Guide and guidelines contained therein. |

Seterus, Inc. is the servicing agent for Movant and is bound by the parties Servicing Guide and guidelines contained therein.

Pursuant to the DOT, all obligations under the Note and the DOT with respect to the Loan are secured by certain collateral, including real property, described more fully in the DOT. A true and correct copy of the DOT is attached to the MFR.

As of June 1, 2016, there are more than one defaults in paying post-petitions amounts due with respect to the Note. Also, as of June 1, 2016, the unpaid principal balance of the Note is $208,853.47.

Declared this 1st day of June, 2016.

Further Affiant Saith Naught.

By: _____

Title: Bankruptcy Specialist
Seterus, Inc. as the authorized subservicer
for Federal National Mortgage Association
("Fannie Mae"), creditor c/o Seterus, Inc.