SO ORDERED.

Dated: August 25, 2016

Daniel P. Collins, Chief Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
ljm@tblaw.com

13-08037

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Christian Eric Downum<br><br>Debtor.<br>_____<br>JPMorgan Chase Bank, National Association<br><br>Movant,<br>vs.<br><br>Christian Eric Downum, Debtor, Edward J. Maney, Trustee.<br><br>Respondents. | No. 3:13-bk-16930-DPC<br><br>Chapter 13<br><br>**ORDER**<br><br>(Related to Docket #168)<br><br>Hearing Date: August 19, 2016 |

This matter having come before the Court on August 19, 2016 on Movant's Motion for Relief from the Automatic Stay, and the Court having heard positions and statements of the parties involved, and pursuant to this Court's ruling, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 8, 2005 and recorded in the office of the Coconino County Recorder wherein JPMorgan Chase Bank, National Association is the current beneficiary and Christian Eric Downum has an interest in, further described as:

LT: 221 SD: UNIVERSITY HIGHLANDS UNIT 4 CASE 5 MAP 41-41B, COUNTY OF COCONINO, AZ

IT IS FURTHER ORDERED that Movant is hereby authorized to take whatever state law or contractual rights it may have in the above legally described property, in its discretion, and that no foreclosure sale may take place within 90 days of the date of this order.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

**SIGNED AND DATED ABOVE.**