Christina Harper, Esq., AZB #020485
Alex Schulz, Esq., AZB #028480
THE MORTGAGE LAW FIRM, PC
301 E. Bethany Home Road, #A-227
Phoenix, AZ 85012
Telephone: (623) 777-3828
Fax: (623) 201-4747
Christina.Harper@mtglawfirm.com
Alex.Schulz@mtglawfirm.com
Attorneys for Movant
TS #127445

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| Christian Eric Downum,<br><br>Debtor. | Case No. 3:13-bk-16930-DPC<br>Chapter 13<br><br>**STIPULATION TO WITHDRAW MOTION FOR RELIEF AND VACATE HEARING** |
|---|---|
| Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.,<br><br>Movant,<br><br>v.<br><br>Christian Eric Downum, Debtor, and Edward J. Maney, Trustee, | **Hearing Date: Nov. 18, 2016**<br>**Hearing Time: 11:00 AM**<br>**Place: U.S. Magistrate courtroom**<br>**123 N. San Francisco Street**<br>**Flagstaff, AZ**<br>**\*\*\*Phx Courtroom #301**<br><br>Re: Real Property Located at<br>1807 W. University Heights Dr. S<br>Flagstaff, AZ 86005 |

Movant, Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., ("Movant") by and through its attorney, The Mortgage Law Firm, PC, and codebtor Denise Ellen Shay Downum ("Codebtor"), request that Movant's Motion for Relief be withdrawn and the preliminary motion for relief hearing scheduled for November 18, 2016, at 11:00 A.M. be vacated.

On June 8, 2016, Movant filed its Motion for Relief concerning the real property located at 1807 W. University Heights Dr. S, Flagstaff, AZ 86005 ("Property") at Docket# 173.

1

| | |
|---|---|
| 1 | Codebtor objected on June 20, 2016, by filing an Objection to Motion of Seterus to Lift the |
| 2 | Automatic Bankruptcy Stay. Since this time the loan was assigned and transferred to another |
| 3 | loan servicer and therefore Movant wishes to withdraw its Motion. |
| 4 | The parties respectfully request that the continued preliminary motion for relief hearing |
| 5 | set for November 18, 2016, at 11:00 A.M. be vacated and the motion and objection be |
| 6 | withdrawn. |
| 7 | Dated this 2nd day of November, 2016. |

By: *Denise Elaine Shay Downum*  
Denise Elaine Shay Downum  
Pro Se - Codebtor

By: /s/ Alex Schulz  
Christina Harper, Esq.  
Alex Schulz, Esq.  
THE MORTGAGE LAW FIRM, PC  
301 E. Bethany Home Road, #A-227  
Phoenix, AZ 85012  
Attorneys for Movant

2

| | |
|---|---|
| 1 | ORIGINAL e-filed by ECF and copies mailed this 8th day of November, 2016, to: |
| 2 | |
| 3 | |
| 4 | Christian Eric Downum<br>Box 15200 |
| 5 | Northern Arizona University<br>Flagstaff, AZ 86011-5200 |
| 6 | *Debtor* |
| 7 | |
| 8 | Denise Elaine Shay Downum<br>1807 W. University Heights Dr. S |
| 9 | Flagstaff, AZ 86005<br>*Codebtor* |
| 10 | |
| 11 | Aubrey Laine Thomas |
| 12 | DAVIS MILES MCGUIRE GARDNER, PLLC<br>320 N. LeRoux St., Suite A |
| 13 | Flagstaff, AZ 86001<br>*Debtor's Counsel* |
| 14 | |
| 15 | Edward J. Maney<br>101 N. First Ave., Suite 1775 |
| 16 | Phoenix, AZ 85003 |
| 17 | *Trustee* |
| 18 | U.S. Trustee |
| 19 | Office of the U.S. Trustee<br>230 N. 1st Ave., Suite 204 |
| 20 | Phoenix, AZ 85003 |
| 21 | /s/      Janette Belmontes |
| 22 | |