**Davis Miles McGuire Gardner**
9 W. Cherry Ave., Suite B
Flagstaff, AZ 86001
Telephone: (928) 779-1173
Fax: (877) 715-7366
efile.dockets@davismiles.com
Pernell W. McGuire (SBN: 015909)
pmcguire@davismiles.com
Aubrey L. Thomas (SBN: 029446)
athomas@davismiles.com
*Attorneys for Debtors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re<br><br>CHRISTIAN DOWNUM,<br><br>                                    Debtors.<br><br>SSN#: xxx-xx-1995 | Case No 3:13-bk-16930-DPC<br><br>**A Proceeding Under Chapter 13**<br><br>**OBJECTION TO PROOF OF CLAIM NUMBER 15 FILED BY US BANK TRUST, N.A., AS TRUSTEE FOR THE IGLOO SERIES III TRUST** |
|---|---|

Debtor Christian Downum ("Debtor"), by and through counsel undersigned, hereby objects to Proof of Claim No. 15, filed by US Bank Trust, N.A., as trustee for the Igloo Series III Trust ("US Bank") in the above-referenced Chapter 13 proceeding. In support of this Objection, Debtor represent as follows:

1. Debtor initiated this Chapter 13 proceeding on September 27, 2013. In his bankruptcy schedules, Debtor disclosed that he owned an interest in real property located at 1807 W. University Heights Drive S., Flagstaff, Arizona, 86005 (the "Property"). Debtor's

interest in the Property was, at that time, held as community property with his estranged, nonfiling spouse, Denise Downum.

2. The claims deadline for any claims in this case was February 3, 2014 (docket no. 8).

3. A Stipulated Order Approving First Amended Chapter 13 Plan and Application for Payment of Administrative Expense was entered by this Court on December 16, 2014 (docket no. 97) (the "Stipulated Order").

4. Section 3(b) of the Stipulated Order provides that "Debtor's nonfiling spouse, Denise Downum, or Debtor will pay all post-petition mortgage payments, if any, directly to the secured creditor entitled to receive such payments." The Stipulated Order did not provide for the payment of any prepetition arrearage to US Bank because Debtor did not believe any was owed nor had a claim been filed at that time alleging any prepetition balance on the mortgage.

5. On May 19, 2015, the Coconino County Superior Court entered a divorce decree that dissolved the marriage between Debtor and Denise Downum. As part of the divorce decree, the Court awarded the Property to Denise Downum and held that she is thereby "solely responsible for payment of all mortgage debt, lines of credit, and any other encumbrances upon said property."

6. On August 31, 2017, US Bank filed proof of claim number 15, asserting a secured claim of $214,886.60, and a prepetition arrearage of $1,103.19, on account of its interest in the Property ("Claim 15").

7. Debtor objects to Claim 15 for three reasons. First, Claim 15 was not timely filed. It was filed more than **three years** after the claims bar date. For that reason, it should be disallowed in its entirety.

8. Second, the alleged prepetition claim is for an estimated escrow shortage. Such a claim is not properly categorized as a prepetition claim because the balance is based upon amounts that will become due post-petition. *See* Claim 15, pg. 15. Because the balance alleged due is for post-petition escrow charges, it is not properly characterized as a prepetition claim and should be disallowed in its entirety.

9. Third, Debtor no longer has any ownership interest in the Property. Therefore, no claim in regards to the Property should be included in his payment plan. As such, Claim 15 should be disallowed in its entirety.

WHEREFORE, Debtor requests that the Court enter an Order sustaining his objection to Proof of Claim No. 15, disallowing Proof of Claim No. 15 in its entirety, and for such further relief as is just.

RESPECTFULLY SUBMITTED this 13th day of November 2017.

**DAVIS MILES MCGUIRE GARDNER, PLLC**

By: _/s/ Aubrey L. Thomas_
Aubrey L. Thomas
Attorneys for Christian Downum

A copy of the foregoing was mailed
this 13 day of November 2017 to:

Edward J. Maney
101 N. First Ave., Suite 1775
Phoenix, AZ 85003

Denise Downum
1807 W. University Heights Dr. So.
Flagstaff, AZ 86005

Fay Servicing, LLC
3000 Kellway Dr., Ste 150
Carrollton, TX 75006

Can Guner
Robertson, Anschutz & Schneid, PL
6409 Congress Ave, Suite 100
Boca Raton, FL 33487

BSI Financial Services
314 S. Franklin St., 2nd Floor
PO Box 517
Titusville, PA 16354

By: _____
Joan Stoner