SO ORDERED.

Dated: December 6, 2017

Daniel P. Collins, Chief Bankruptcy Judge

**Davis Miles**
**McGuire Gardner**
9 W. Cherry Avenue, Suite B
Flagstaff, AZ 86001
Telephone: (928) 779-1173
Fax: (877) 715-7366
efile.dockets@davismiles.com

Pernell W. McGuire (SBN: 015909)
pmcguire@davismiles.com
Aubrey L. Thomas (SBN: 029446)
athomas@davismiles.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re | Case No. 3:13-BK-16930-DPC |
|---|---|
| CHRISTIAN DOWNUM, | **A Proceeding Under Chapter 13** |
| Debtor. | **ORDER DISALLOWING PROOF OF CLAIM NUMBER 15 FILED BY US BANK TRUST, N.A., AS TRUSTEE FOR THE IGLOO SERIES III TRUST** |

This matter having come before the Court on the Objection to Proof of Claim Number 15 Filed by US Bank Trust, N.A., as Trustee for the Igloo Series III Trust (the "Objection"), the Court having found that proper notice has been served, with no response being filed to the Objection and good cause appearing,

1

IT IS HEREBY ORDERED sustaining the Objection and disallowing Proof of Claim Number 15 filed by US Bank Trust, N.A., as Trustee for the Igloo Series III Trust, in its entirety.

DATED AND SIGNED ABOVE.