**Davis Miles McGuire Gardner**

9 W. Cherry Ave., Suite B
Flagstaff, AZ 86001
Telephone: (928) 779-1173
Fax: (877) 715-7366
efile.dockets@davismiles.com
Pernell W. McGuire (SBN: 015909)
pmcguire@davismiles.com
Aubrey L. Thomas (SBN: 029446)
athomas@davismiles.com
*Attorneys for Debtors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>CHRISTIAN DOWNUM,<br><br>Debtors.<br><br>SSN#: xxx-xx-1995 | Case No 3:13-bk-16930-DPC<br><br>**A Proceeding Under Chapter 13**<br><br>**NOTICE OF FILING SALES REPORTS FOR OCTOBER 2017 THROUGH APRIL 2018** |

Debtor Christian Downum, by and through counsel undersigned, hereby gives notice of filing sales reports for the month of October 2017 through April 2018, in accordance with the Order Granting to Approve List of Items for Sale and Method of Sale (docket no. 88). The reports for October 2017 through April 2018 are attached hereto as Exhibit "A", "B", "C", D", "E", "F", and "G", respectively.

RESPECTFULLY SUBMITTED this 3rd day of July, 2018.

                                **DAVIS MILES MCGUIRE GARDNER, PLLC**

                By:   /s/ Aubrey L. Thomas
                        Aubrey L. Thomas
                        Attorneys for Christian Downum

1

1 | A copy of the foregoing was mailed
2 | this 3rd day of July, 2018 to:

3 | Edward J. Maney
4 | 101 N. First Ave., Suite 1775
Phoenix, AZ 85003

5 |

6 | Denise Downum
1807 W. University Heights Dr. So.
7 | Flagstaff, AZ 86005

8 | By: /s/ Kristin Lienhard
9 | Kristin Lienhard