Monthly Sales Report
Case No. 3:13-bk-16930-RJH
Christian Downum, Debtor

Month: October 2017

Sales:

Ebay Sales:

| | |
|---|---|
| 5 items of field gear or equipment | $111.72 |
| Total Gross Receipts: | $111.72 |

Costs:

| | |
|---|---|
| Postage and postal insurance: | $17.35 |
| Paypal fees: | $ 4.74 |
| Ebay fees: | $ 11.18 (estimated, 10% of gross sales) |
| Taxes withheld: | $13.44 (estimated, 15% of gross sales minus expenses) |
| Total Costs: | $ 46.71 |
| Net: | $ 65.01 |

Sales list, October, 2017

Chris Downum

| Date | Item Number | Gross | Paypal Fee | Net | Item Title | Shipping and Handling Amount Paid by Buyer | Actual Shipping Paid by Seller |
|---|---|---|---|---|---|---|---|
| 10/8/2017 | 1 | 42.3 | -1.53 | 40.77 | US M1943 FOLDING SHOVEL COVER | 8.35 | 8.35 |
| 10/12/2017 | 2 | 17.25 | -0.8 | 16.45 | US ARMY MEN'S LEATHER WATCH BAND | 3 | 3 |
| 10/18/2017 | 3 | 17.95 | -0.82 | 17.13 | US ARMY LEATHER WATCH BAND | 3 | 3 |
| 10/19/2017 | 4 | 16.27 | -0.77 | 15.5 | MOUNTAIN TROOP SUSPENDERS | 3.32 | 3 |
| 10/31/2017 | 5 | 17.95 | -0.82 | 17.13 | US ARMY F LEATHER WRISTWATCH BAND | 3 | 0 |
| | | 111.72 | -4.74 | 106.98 | | 20.67 | 17.35 |



Receipt 1 (circled ①):
DOWNTOWN STATION
104 N AGASSIZ ST
FLAGSTAFF, AZ 86001-9998

10/10/2017                06:08:53 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| INDIAN ORCHARD, MA 01151 Zone-8 Priority Mail 2-Day® with up to $50.00 Insurance and USPS Tracking™ included %% USPS Tracking #: 9505 5000 1036 7283 0003 45 0 lb. 15.20 oz. * Expected Delivery Day Friday, October 13. | | | $8.35 |

Issue Postage:                $8.35
Total:                        $8.35

---

Receipt 2 (circled ②):
DOWNTOWN STATION
104 N AGASSIZ ST
FLAGSTAFF, AZ 86001-9998

10/17/2017                06:05:11 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| OSHKOSH, WI 54902 Zone-7 First-Class Package Service Retail™ with USPS Tracking™ included %% USPS Tracking #: 9500 1000 1036 7290 0001 37 0 lb. 1.40 oz. * Expected Delivery Day Saturday, October 21. | | | $3.00 |

Issue Postage:                $3.00
Total:                        $3.00

Paid by:
DebitCard
Account #: XXXXXXXXXXXX3339
Approval #: 730
Transaction #: 444502359542-09
Receipt #: 107660

SSK Transaction #: 23
USPS® #: 032850-95...

%% Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit USPS.com USPS Tracking or call 1-800-222-1811 or use this self-service kiosk (or self-service kiosk at other Postal locations).

Thanks.
It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE. REFUNDS FOR GUARANTEED SERVICES ONLY.

---

Receipt 3 (circled ③ ⑤):
(Domestic)
COLUMBUS, OH 43230
3 Days
Retail
Package Service -
First-Class        1        $3.00
(USPS Tracking #)
(9500 1106 0438 7297 1790 72)
(Expected Delivery Day)
(Friday 10/27/2017)
(Weight:0 Lb 0.90 Oz)

| Product Description | Sale Qty | Final Price |
|---|---|---|

10/24/2017              1:49 PM
FLAGSTAFF
AZ
86001-9998
0328500290
(800)275-8777

---

Receipt 4 (circled ④):
(Domestic)
WESTMINSTER, MD 21157
3 Days
Retail
Package Service -
First-Class        1        $3.00
(USPS Tracking #)
(9500 1106 0438 7297 1790 89)
(Expected Delivery Day)
(Friday 10/27/2017)
(Weight:0 Lb 3.70 Oz)

Total            $6.00